**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: RAIL FREIGHT FUEL SURCHARGE ANTITRUST LITIGATION (NO. II)<br><br>This document relates to:<br><br>*Alcoa Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-375<br><br>*Amalgamated Sugar Company, LLC v. BNSF Railway Company et al.*, 1:20-cv-373<br><br>*American Rock Salt Company LLC v. BNSF Railway Company et al.*, 1:20-cv-394<br><br>*BASF Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-487<br><br>*California Steel Industries, Inc. v. BNSF Railway Company et al.*, 1:20-cv-485<br><br>*Campbell Soup Supply LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-381<br><br>*Conagra Brands, Inc. v. BNSF Railway Company et al.*, 1:20-cv-371<br><br>*Coffeyville Resources Nitrogen Fertilizers, LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-361<br><br>*Virginia Electric and Power Company et al. v. BNSF Railway Company et al.*, 1:20-cv-366<br><br>*Duke Energy Carolinas, LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-367<br><br>*Eastman Chemical Company et al. v. BNSF Railway Company et al.*, 1:20-cv-505 | MDL Docket No. 2925<br>Misc. No. 20-8 (BAH) |

*ETC Sunoco Holdings LLC (f/k/a Sunoco,Inc.), et al. v. BNSF Railway Company et al.*, 1:20-cv-3279

*Exxon Mobil Corporation et al. v. BNSF Railway Company et al.*, 1:20-cv-484

*General Motors, LLC v. BNSF Railway Company et al.*, 1:21-cv-1767

*Grain Craft, Inc. v. BNSF Railway Company et al.*, 1:20-cv-506

*Hyundai Motor America, Inc. v. BNSF Railway Company et al.*, 1:20-cv-363

*IPSCO Tubulars Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-360

*The J.M. Smucker Company v. BNSF Railway Company et al.*, 1:20-cv-525

*Kennecott Utah Copper , LLC et al. v. BNSF Railway Company et al.*, 1:21-cv-1835

*Keystone Fuels, LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-382

*Kia Motors America, Inc. v. BNSF Railway Company et al.*, 1:20-cv-364

*Lafarge North America, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-370

*AP Moller – Maersk A/S et al. v. BNSF Railway Company et al.*, 1:20-cv-486

*Mercedes-Benz USA, LLC v. BNSF Railway Company et al.*, 1:20-cv-369

*Motiva Enterprises, LLC v. BNSF Railway Company et al.*, 1:20-cv-359

*NLMK USA, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-577

*Nova Chemicals, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-365

*Old World Industries, LLC v. BNSF Railway Company et al.*, 1:20-cv-376

*PCS Sales (USA), Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-488

*Phillips 66 Company v. BNSF Railway Company et al.*, 1:20-cv-507

*CertainTeed LLC v. BNSF Railway Company et al.*, 1:20-cv-526

*Shell Chemical LP et al. v. BNSF Railway Company et al.*, 1:20-cv-641

*Talen Energy Supply, LLC et al. v. BNSF Railway Company et al.*, 1:20-cv-362

*United Parcel Service, Inc. et al. v. BNSF Railway Company et al.*, 1:20-cv-711

*Vulcan Materials Company et al. v. BNSF Railway Company et al.*, 1:20-cv-368

*Axiall Corp et al. v. BNSF Railway Company et al.*, 1:20-cv-372

*WestRock Company et al. v. BNSF Railway Company et al.*, 1:20-cv-482

## **NOTICE OF WITHDRAWAL**

To the Clerk of the Court and all parties of record:

PLEASE TAKE NOTICE that Alexandre Tschumi of Quinn Emanuel Urquhart & Sullivan, LLP, with offices located at 51 Madison Avenue, 22nd Floor, New York, New York 10010, hereby withdraws his appearance as counsel on behalf of Plaintiffs in the above-captioned matters. The above-entitled plaintiffs will continue to be represented by remaining counsel of record from Quinn Emanuel Urquhart & Sullivan, LLP.

Dated:  September 22, 2022               Respectfully Submitted,


                                         /s/ *Alexandre Tschumi*
                                         Alexandre Tschumi
                                         (NY Bar No. 5492194)
                                         QUINN EMANUEL URQUHART &
                                         SULLIVAN, LLP
                                         51 Madison Avenue, 22nd Floor
                                         New York, NY 10010
                                         Telephone: (212) 849-7000
                                         Facsimile: (212) 849-7100
                                         Email: alexandretschumi@quinnemanuel.com

                                         *Counsel for Plaintiffs in the above-captioned actions*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 22nd day of September, 2022, I caused a true and correct copy of the foregoing document to be served via the Court's CM/ECF system on all counsel of record and on attorneys for Defendants via electronic mail.

                                      */s/ Alexandre Tschumi*
                                      Alexandre Tschumi